1  BRIAN H GETZ (CSBN: 85593)
   LAW OFFICES OF BRIAN H GETZ
2  88 Kearny Street, Suite 1850
   San Francisco, CA  94108
3  Telephone:    (415) 912-5886
4  Facsimile:    (415) 358-4770
   Email:        bhgetz@pacbell.net
5
   Attorney for Crew Member
6  GILBERT DELA CRUZ



UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE MATERIAL SONNY MARALIT MACASAET (MOTOR TANKER ZAO GALAXY) | Case No.:   4:19-XR-90626-KAW<br><br>**MOTION FOR DISCOVERY COMPLIANCE**<br><br>DATE:<br>TIME:<br>CRTM:   4, 3rd Floor<br>JUDGE:  Hon. Kandis A. Westmore |

Petitioner GILBERT DELA CRUZ, through his undersigned counsel, moves this Court for an Order compelling the government to produce discovery prior to the deposition of Material Witness SONNY MARALIT MACASAET's deposition currently set for October 3, 2019.

### REQUEST FOR DISCOVERY COMPLIANCE

This Court granted Petitioner SONNY MARALIT MACASAET's renewed petition for release on September 5, 2019 (Case No.: 4:19-XR-90626-KAW, Dkt. 13). This Court ordered that Petitioner's deposition shall be take on or before October 4, 2019. The Court noted in its Order that the potential targets have agreed to the deposition.

First Engineer aboard the Motor Tanker Zao Galaxy ("M/T Zao Galaxy"), GILBERT DELA CRUZ, is a target of the investigation and has agreed to the deposition, provided that adequate discovery is conveyed in advance of the proceedings.

MOTION FOR DISCOVERY COMPLIANCE
CASE NO.: 4:19-XR-90626-KAW                                                            1

During a two-week period in February 2019, the United States Coast Guard conducted numerous tests aboard the M/T Zao Galaxy, obtained physical evidence and photographed it, obtained voluminous documents, and conducted interviews aboard the vessel. First Engineer Dela Cruz has received no such discovery. Formal notice of the deposition was sent to the undersigned counsel on September 11, 2019, and an informal request for the discovery was made on the same day.

Rule 15(a) provides that the scope and manner of the deposition examinations and cross-examinations must be the same as would be allowed during trial. Rule 15(e)(2). Further, the government must provide to the defendant . . . any statement of the deponent . . . to which the defendant would be entitled at trial. Rule 15(e)(3).

At trial, Mr. Dela Cruz would be entitled to all Jencks Act (18 USCA 3500) material, all Rule 26.2 statements, all Criminal Local Rule 16-1 materials, plus all discovery afforded by *Brady v. Maryland* 373 U.S. 83 (1963), *Giglio v. United States* 405 U.S. 150 (1972), and *United States v. Agurs* 427 U.S. 97 (1976).

The deposition date is fast approaching. Discovery compliance is requested immediately to permit counsel to prepare for the deposition.

DATE: September 13, 2019

_____
BRIAN H GETZ
Attorney for Crew Member
GILBERT DELA CRUZ

## PROOF OF SERVICE

I declare as follows: I am a citizen of the United States and am employed in the County of San Francisco, state of California. I am over eighteen (18) years of age and not a party to the entitled action listed below. My business address is 88 Kearny Street, Suite 1850, San Francisco, CA 94108.

On the below started date, the document(s) described as:

- **MOTION FOR DISCOVERY COMPLIANCE;**
- **[PROPOSED] ORDER GRANTING MOTION FOR DISCOVERY COMPLIANCE.**

was served on:

| | |
|---|---|
| **Andres J. Briggs, Esq.**<br>**ASSISTANT U.S. ATTORNEY**<br>*Attorney for the U.S. Government*<br>1301 Clay Street<br>3rd Floor<br>Oakland, CA 94612<br>Andrew.briggs@usdoj.com | **Douglas Schwartz, Esq.**<br>**Petra Reinecke, Esq.**<br>**SCHWARTZ & CERA, CA PC**<br>*Attorneys for Sonny M. Macasaet*<br>88 Kearny Street, Suite 1850<br>San Francisco, CA 94108<br>doug@schwartz-cera.com<br>petra@schwartz-cera.com |

__XX__ **(BY HAND DELIVERY)** I caused a sealed envelope containing a true copy of each document(s) to be delivered by hand to the office(s) of each addressee listed above.

__XX__ **(BY ELECTRONIC MAIL)** by transmitting the document(s) listed above, electronically, via the email addresses.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on **September 16, 2019** at San Francisco, California.

**DATED: September 16, 2019**

_____
Harold B. Getz